UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky A. Schlussler,

    Plaintiff,

v.                                                              Civil No. 06-3801 (JNE/AJB)
                                                              ORDER

Michael J. Astrue, Commissioner of
Social Security,

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on August 31, 2007. The magistrate judge recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted. Plaintiff objected to the Report and Recommendation, and Defendant responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Plaintiff's Motion for Summary Judgment [Docket No. 8] is DENIED.

2.     Defendant's Motion for Summary Judgment [Docket No. 11] is GRANTED.

3.     This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 18, 2007

                                                                            s/ Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge